1  **KRIS J. KRAUS**
   California State Bar No. 233699
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone: (619) 234-8467
4  Kris_Kraus@fd.org

5  Attorneys for Mr. Aureliano Zapata-Lopez

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10             **(HONORABLE BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08CR0297-BTM |
| Plaintiff, ) | DATE: March 7, 2008 |
|  ) | TIME: 1:30 p.m. |
| v. ) |  |
|  ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| AURELIANO ZAPATA-LOPEZ, ) |  |
|  ) | (1) COMPEL DISCOVERY; |
| Defendant. ) | (2) PRESERVE EVIDENCE; AND |
|  ) | (3) GRANT LEAVE TO FILE FURTHER |
|  ) | MOTIONS. |

17 TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
        WILLIAM HALL, ASSISTANT UNITED STATES ATTORNEY:

19     PLEASE TAKE NOTICE that on March 7, 2008, at 1:30 p.m., or as soon thereafter as counsel may

20 be heard, defendant, Aureliano Zapata-Lopez, by and through his attorneys, Kris J. Kraus, and Federal

21 Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

22 //
23 //
24 //
25 //
26 //
27 //
28 //

**MOTIONS**

Defendant, Aureliano Zapata-Lopez, by and through his attorneys, Kris J. Kraus, and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1)  Compel Discovery;

(2)  Preserve Evidence;  and

(3)  Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

                                              Respectfully submitted,

Dated: February 22, 2008                     /s/ Kris J. Kraus
                                                **KRIS J. KRAUS**
                                                Federal Defenders of San Diego, Inc.
                                                Attorneys for Mr. Aureliano Zapata-Lopez
                                                Kris_Kraus@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

William Hall
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: william.hall@usdoj.gov

Dated: February 22, 2008            /s/  Kris J. Kraus
                                           KRIS J. KRAUS
                                           Federal Defenders
                                           225 Broadway, Suite 900
                                           San Diego, CA 92101-5030
                                           (619) 234-8467  (tel)
                                           (619) 687-2666  (fax)
                                           e-mail: kris_kraus@fd.org