| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | WILLIAM A. HALL, JR. |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 253403 |
|   | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7046/(619) 235-2757 (Fax) |
|   | Email: william.a.hall@usdoj.gov |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

8               UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| 10 | UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0297-BTM |
|    |                           | ) | |
| 11 |                Plaintiff, | ) | DATE:   March 7, 2008 |
|    |                           | ) | TIME:   2:00 p.m. |
| 12 |            v.             | ) | Before Honorable Barry Ted Moskowitz |
|    |                           | ) | |
| 13 | AURELIANO ZAPATA-LOPEZ,   | ) | UNITED STATES' RESPONSE TO |
|    |                           | ) | DEFENDANT'S MOTIONS TO: |
| 14 |          Defendant(s).    | ) | (1) COMPEL DISCOVERY |
|    |                           | ) | (2) PRESERVE EVIDENCE; AND |
| 15 |                           | ) | (3) GRANT LEAVE TO FILE |
|    |                           | ) |     FURTHER MOTIONS |
| 16 |                           | ) | |
|    |                           | ) | TOGETHER WITH STATEMENT OF |
| 17 |                           | ) | FACTS AND MEMORANDUM OF |
|    |                           | ) | POINTS AND AUTHORITIES |
| 18 |                           | ) | |
|    |                           | ) | TOGETHER WITH STATEMENT OF |
| 19 |                           | ) | FACTS AND MEMORANDUM OF |
|    |                           | ) | POINTS AND AUTHORITIES |
| 20 | | | |

21      COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

22 Karen P. Hewitt, United States Attorney, and William A. Hall, Jr., Assistant U.S. Attorney, and

23 hereby files its Response to Defendant's Motions in the above-referenced case. Said motions are

24 based upon the files and records of this case together with the attached statement of facts and

25 memorandum of points and authorities.

26 //

27 //

28 //

1
2      DATED: February 29, 2008.
3                                           Respectfully submitted,
4                                           KAREN P. HEWITT
                                            United States Attorney
5
6                                           s/ William A. Hall, Jr.
                                            WILLIAM A. HALL, JR.
7                                           Assistant United States Attorney
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                                          2