1  **KRIS J. KRAUS**
   California State Bar No. 233699
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Kris_Kraus@fd.org

5  Attorneys for Mr. Aureliano Zapata-Lopez

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10             **(HONORABLE BARRY TED MOSKOWITZ)**

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0297-BTM |
| 12            Plaintiff, | ) | |
| 13 v. | ) | JOINT MOTION FOR ORDER TO CONTINUE MOTION HEARING |
| 14 AURELIANO ZAPATA-LOPEZ, | ) | |
| 15            Defendant. | ) | |

17  Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Kris J. Kraus,

18 and Federal Defenders of San Diego, counsel for Mr. Zapata-Lopez, along with Assistant United States

19 Attorney William Hall, that the motion hearing set for March 7, 2008 at 1:30 p.m. be continued to March

20 21, 2008 at 1:30 p.m.

22  Dated: March 5, 2008          /s/ Kris Kraus
                                   **KRIS KRAUS**
23                                 Federal Defenders of San Diego, Inc.
                                   Attorneys for Mr. Zapata-Lopez

26  Dated: March 5, 2008          /s/ William Hall
                                   **William Hall**
27                                 Assistant United States Attorney

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

William Hall
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
Email: william.hall@usdoj.gov

| | |
|---|---|
| Dated: March 5, 2008 | /s/ Kris J. Kraus |
| | KRIS J. KRAUS |
| | Federal Defenders |
| | 225 Broadway, Suite 900 |
| | San Diego, CA 92101-5030 |
| | (619) 234-8467 (tel) |
| | (619) 687-2666 (fax) |
| | e-mail: kris_kraus@fd.org |