| | |
|---|---|
| 1 | KAREN P. HEWITT<br>United States Attorney |
| 2 | WILLIAM A. HALL, JR.<br>Assistant U.S. Attorney |
| 3 | California State Bar No. 253403<br>Federal Office Building |
| 4 | 880 Front Street, Room 6293<br>San Diego, California  92101-8893 |
| 5 | Telephone: (619) 557-7046<br>william.a.hall@usdoj.gov |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0297-BTM |
| Plaintiff, | ) | |
| v. | ) | |
| AURELIANO ZAPATA-LOPEZ, | ) | AMENDED JOINT MOTION TO CONTINUE<br>MOTION HEARING/TRIAL SETTING |
| Defendant. | ) | |

    IT IS HEREBY REQUESTED by the parties in the case, plaintiff, United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and William A. Hall, Jr., Assistant United States Attorney, and the defendant, Aureliano Zapata-Lopez, by and through his counsel, Kris J. Kraus, Esq., that the sentencing hearing in the above entitled case scheduled for Friday, March 7, 2008 at 2:00 p.m., be continued to Friday, March 28, 2008 at 2:30 p.m.

//
//
//
//
//
//
//

08CR0297-BTM

The undersigned Assistant United States Attorney called the court's judicial assistant to obtain the new motion hearing date. A proposed order with respect to this joint motion is being submitted directly to the court via efile_moskowitz@casd.uscourts.gov.

Date: March 5, 2008            s/ William A. Hall, Jr.
                               WILLIAM A. HALL, JR.
                               Assistant United States Attorney


Date: March 5, 2008            s/ Kris J. Kraus
                               KRIS J. KRAUS
                               Attorney for Defendant Aureliano Zapata-Lopez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | Case No. 08CR0297-BTM |
|                    )| |
| Plaintiff,          ) | |
|                    )| |
| v.                 ) | |
|                    )| CERTIFICATE OF SERVICE |
|                    )| |
| AURELIANO ZAPATA-LOPEZ,        ) | |
|                    )| |
|                    )| |
| Defendant.         ) | |

IT IS HEREBY CERTIFIED THAT:

I, William A. Hall, Jr., am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of AMENDED JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

Kris J. Kraus, Esq.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None.

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 5, 2008.

s/ William A. Hall, Jr.
WILLIAM A. HALL, JR.
Assistant United States Attorney

08CR0297-BTM