UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                       )<br>              Plaintiff,                          )<br>                                                       )<br>       v.                                            )<br>                                                       )<br>                                                       )<br>AURELIANO ZAPATA-LOPEZ,    )<br>                                                       )<br>                                                       )<br>              Defendant.                     )<br>_____) | Criminal Case No. 08CR0297-BTM<br><br><br><br>ORDER GRANTING AMENDED JOINT<br>MOTION TO CONTINUE MOTION<br>HEARING/TRIAL SETTING |

GOOD CAUSE APPEARING, it is hereby ordered that the motion hearing/trial setting in the above-entitled case be continued from Friday, March 7, 2008 at 2:00 p.m. to Friday, March 28, 2008 at 2:30 p.m. Time is excluded under the Speedy Trial Act from March 7, 2008 to the next hearing date of March 28, 2008.

IT IS SO ORDERED.

DATED: March 5, 2008

_____
Honorable Barry Ted Moskowitz
United States District Judge