**KRIS J. KRAUS**
California State Bar No. 233699
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Kris_Kraus@fd.org

Attorneys for Mr. Aureliano Zapata-Lopez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08CR0297-BTM |
| ) | |
| Plaintiff, ) | |
| ) | JOINT MOTION FOR ORDER TO |
| v. ) | CONTINUE MOTION HEARING |
| ) | |
| AURELIANO ZAPATA-LOPEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Kris J. Kraus, and Federal Defenders of San Diego, counsel for Mr. Zapata-Lopez, along with Assistant United States Attorney William Hall, that the motion hearing set for March 28, 2008 at 1:30 p.m. be continued to April 11, 2008 at 1:30 p.m.


Dated: March 26, 2008         /s/ Kris Kraus
                              **KRIS KRAUS**
                              Federal Defenders of San Diego, Inc.
                              Attorneys for Mr. Zapata-Lopez


Dated: March 26, 2008         /s/ William Hall
                              **William Hall**
                              Assistant United States Attorney

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

William Hall
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
Email: william.hall@usdoj.gov


Dated: March 26, 2008                    /s/  Kris J. Kraus
                                         KRIS J. KRAUS
                                         Federal Defenders
                                         225 Broadway, Suite 900
                                         San Diego, CA 92101-5030
                                         (619) 234-8467  (tel)
                                         (619) 687-2666  (fax)
                                         e-mail: kris_kraus@fd.org