**KRIS J. KRAUS**
California State Bar No. 233699
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Kris_Kraus@fd.org

Attorneys for Mr. Aureliano Zapata-Lopez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR0297-BTM |
| Plaintiff, ) | |
| ) | DATE: JUNE 6, 2008 |
| v. ) | TIME: 1:30 p.m. |
| ) | |
| AURELIANO ZAPATA-LOPEZ, ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| ) | |
| Defendant. ) | 1) DISMISS THE INDICTMENT BECAUSE IT DOES NOT ALLEGE INSPECTION AND ADMISSION BY AN IMMIGRATION OFFICER OR ACTUAL AND INTENTIONAL EVASION OF INSPECTION AT THE NEAREST INSPECTION POINT; |
| ) | 2) DISMISS THE INDICTMENT BECAUSE IT FAILS TO ALLEGE THE MENS REA ELEMENT OF THE OFFENSE; |
| ) | 3) DISMISS THE INDICTMENT DUE TO MISINSTRUCTION OF THE GRAND JURY; AND |
| ) | 4) PRODUCE TRANSCRIPT OF GRAND JURY PRESENTMENT OF INSTRUCTIONS CONCERNING THE ELEMENTS OF THE OFFENSE. |
| ) | 5) GRANT LEAVE TO FILE FURTHER MOTIONS. |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
        WILLIAM HALL, ASSISTANT UNITED STATES ATTORNEY:

//

//

1     PLEASE TAKE NOTICE that on June 6, 2008, at 1:30 p.m., or as soon thereafter as counsel may
2 be heard, defendant, Aureliano Zapata-Lopez, by and through his attorneys, Kris J. Kraus, and Federal
3 Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

4

5     **MOTIONS**

6     Defendant, Aureliano Zapata-Lopez, by and through his attorneys, Kris J. Kraus, and Federal
7 Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules
8 of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

9     (1)    Dismiss the Indictment Because it Does Not Allege Inspection and Admission by an Immigration Officer or Actual and Intentional Evasion of Inspection at the Nearest Inspection
10             Point;

11     (2)    Dismiss the Indictment Because it Fails to Allege the Mens Rea Element of the Offense;

12     (3)    Dismiss the Indictment Due to Misinstruction of the Grand Jury; and

13     (4)    Produce Transcript of Grand Jury Presentment Instructions Concerning the Elements of the Offense.
14

15     (5)    Grant Leave to File Further Motions.

16     These motions are based upon the instant motions and notice of motions, the attached statement of
17 facts and memorandum of points and authorities, the files and records in the above-captioned matter, and
18 any and all other materials that may come to this Court's attention prior to or during the hearing of these
19 motions.

20                                                Respectfully submitted,

21

22 Dated: May 23, 2008                        /s/ Kris J. Kraus
                                                **KRIS J. KRAUS**
23                                                  Federal Defenders of San Diego, Inc.
                                                 Attorneys for Mr. Aureliano Zapata-Lopez
24                                                  Kris_Kraus@fd.org

25

26

27

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

William Hall
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email:william.hall@usdoj.gov

Dated: May 23, 2008                             /s/  Kris J. Kraus
                                                KRIS J. KRAUS
                                                Federal Defenders
                                                225 Broadway, Suite 900
                                                San Diego, CA 92101-5030
                                                (619) 234-8467  (tel)
                                                (619) 687-2666  (fax)
                                                e-mail: kris_kraus@fd.org