KAREN P. HEWITT
United States Attorney
WILLIAM A. HALL, JR.
Assistant U.S. Attorney
California State Bar No. 253403
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7046/(619) 235-2757 (Fax)
Email: william.a.hall@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>AURELIANO ZAPATA-LOPEZ,<br><br>                Defendant(s). | Criminal Case No. 08CR0297-BTM<br><br>DATE:     June 6, 2008<br>TIME:     2:00 p.m.<br>Before Honorable Barry Ted Moskowitz<br><br>UNITED STATES' RESPONSE TO DEFENDANT'S ADDITIONAL MOTIONS TO:<br>(1) DISMISS THE INDICTMENT BECAUSE IT DOES NOT ALLEGE INSPECTION AND ADMISSION BY AN IMMIGRATION OFFICER OR ACTUAL AND INTENTIONAL EVASION OF INSPECTION AT THE NEAREST INSPECTION POINT;<br>(2) DISMISS THE INDICTMENT BECAUSE IT FAILS TO ALLEGE THE MENS REA ELEMENT OF THE OFFENSE;<br>(3) DISMISS THE INDICTMENT BECAUSE THE GRAND JURY WAS MISINSTRUCTED;<br>(4) PRODUCE GRAND JURY TRANSCRIPTS; AND<br>(5) GRANT LEAVE TO FILE FURTHER MOTIONS<br><br>TOGETHER WITH STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES |

     COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and William A. Hall, Jr., Assistant U.S. Attorney, and

1  hereby files its Response to Defendant's Motions in the above-referenced case. Said response is
2  based upon the files and records of this case together with the attached statement of facts and
3  memorandum of points and authorities.

4

5       DATED: May 23, 2008.

6                                           Respectfully submitted,

7                                           KAREN P. HEWITT
                                            United States Attorney
8

9                                           s/ William A. Hall, Jr.
                                            WILLIAM A. HALL, JR.
10                                          Assistant United States Attorney

2