**KRIS J. KRAUS**
California State Bar No. 233699
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Kris_Kraus@fd.org

Attorneys for Mr. Aureliano Zapata-Lopez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0297-BTM |
| Plaintiff, | ) | |
| v. | ) | JOINT MOTION FOR ORDER TO CONTINUE MOTION HEARING |
| AURELIANO ZAPATA-LOPEZ, | ) | |
| Defendant. | ) | |

Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Kris J. Kraus, and Federal Defenders of San Diego, counsel for Mr. Zapata-Lopez, along with Assistant United States Attorney William Hall, that the motion hearing set for June 6, 2008 at 1:30 p.m. be continued until July 25, 2008 at 1:30 p.m.

Dated: June 4, 2008        /s/ Kris Kraus
**KRIS KRAUS**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Zapata-Lopez

Dated: June 4, 2008        /s/ William Hall
**William Hall**
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

William Hall
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
Email: william.hall@usdoj.gov

Dated: June 4, 2008                    /s/  Kris J. Kraus
                                       KRIS J. KRAUS
                                       Federal Defenders
                                       225 Broadway, Suite 900
                                       San Diego, CA 92101-5030
                                       (619) 234-8467  (tel)
                                       (619) 687-2666  (fax)
                                       e-mail: kris_kraus@fd.org