UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR0297-BTM |
| Plaintiff, | ) | |
| v. | ) | ORDER TO CONTINUE MOTION HEARING |
| AURELIANO ZAPATA-LOPEZ, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED**, that for good cause, the motion hearing in the above-mentioned case, currently set for June 6, 2008 at 1:30 p.m. be continued until July 25, 2008 at 1:30 p.m.

**SO ORDERED.**

DATED: June 5, 2008

_____
Honorable Barry Ted Moskowitz
United States District Judge