1  **KRIS J. KRAUS**
   California State Bar No. 233699
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Kris_Kraus@fd.org

5  Attorneys for Mr. Aureliano Zapata-Lopez

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10            **(HONORABLE BARRY TED MOSKOWITZ)**

11  UNITED STATES OF AMERICA,         )   CASE NO. 08CR0297-BTM
                                      )
12              Plaintiff,            )
                                      )   JOINT MOTION FOR ORDER TO
13  v.                                )   CONTINUE SENTENCING
                                      )
14  AURELIANO ZAPATA-LOPEZ,           )
                                      )
15              Defendant.            )
                                      )
16  _____    )

17      Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Kris J. Kraus,

18  and Federal Defenders of San Diego, counsel for Mr. Zapata-Lopez, along with Assistant United States

19  Attorney William Hall, that the motion hearing set for October 3, 2008 at 2:30 p.m. be continued until

20  October 10, 2008 at 9:00 a.m.

22  Dated: September 12, 2008          /s/ Kris Kraus
                                      **KRIS KRAUS**
23                                    Federal Defenders of San Diego, Inc.
                                      Attorneys for Mr. Zapata-Lopez

26  Dated: September 12, 2008          /s/ William Hall
                                      **William Hall**
27                                    Assistant United States Attorney

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

William Hall
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
Email: william.hall@usdoj.gov


Dated: September 12, 2008           /s/  Kris J. Kraus
                                    KRIS J. KRAUS
                                    Federal Defenders
                                    225 Broadway, Suite 900
                                    San Diego, CA 92101-5030
                                    (619) 234-8467  (tel)
                                    (619) 687-2666  (fax)
                                    e-mail: kris_kraus@fd.org